**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Lynne Becker, | ) | CASE NO: 2:17-cv-3083-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| American Bankers Insurance Company of Florida, | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL AS TO**

**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA**

Pursuant to the Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendant hereby stipulate to the dismissal of Plaintiff's claims against Defendant, American Bankers Insurance Company of Florida with prejudice and with each party bearing its own costs**.**

Dated this 18th day of April, 2019.

**[SIGNATURES ON THE FOLLOWING PAGE]**

*We Stipulate:*

*s/George J. Kefalos, Esquire*
GEORGE J. KEFALOS, PA
Fed. ID. #2290
46 A State Street
Charleston, SC 29401
(843) 722-6612
george@kefaloslaw.com

Brett L. Stevens, Esquire
Stevens Law, LLC
Fed. ID.# 12079
1822 Bull Street
Columbia, SC 29201
(803) 587-8506
Brett@Brettstevenslaw.com

*Attorneys For Plaintiffs*

*We Stipulate:*

**GALLIVAN, WHITE & BOYD, P.A.**

By: */s/ Shelley S. Montague*
Shelley S. Montague
Gallivan, White & Boyd, P.A.
1201 Main Street, Suite 1200
Columbia, SC 29201
Phone:  803-724-1818
Fax:  803-779-1767
Email: smontague@GWBlawfirm.com

J. Tyler Butts, Fed Bar #ct28641
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Phone: 860-275-8226
Fax: 860-275-8299
Email: jbutts@rc.com
*Admitted Pro Hac Vice*

*Counsel for Defendant,*
*American Bankers Insurance Company of Florida*